**2003–2204. State v. Colvin.**
Auglaize App. No. 2–98–38. On motion for leave to file delayed appeal. Motion denied.

**2003–2205. State v. Colvin.**
Auglaize App. No. 2–98–17. On motion for leave to file delayed appeal. Motion denied.

**2003–2231. State v. Class.**
Tuscarawas App. Nos. 2003AP010001 and 2003AP010006. On motion for stay of court of appeals' judgment. Motion denied.

**2004–0009. State v. Green.**
Montgomery App. No. 19224, 2003-Ohio-5744. On motion for leave to file delayed appeal. Motion granted.

RESNICK, F.E. SWEENEY and O'CONNOR, JJ., dissent.

**2004–0013. State v. Graber.**
Stark App. No. 2002CA00014, 2003-Ohio-137. On motion for leave to file delayed appeal. Motion denied.

LUNDBERG STRATTON, J., dissents.

**2004–0020. State v. Richards.**
Cuyahoga App. No. 81452, 2003-Ohio-5235. On motion for leave to file delayed appeal. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

## APPEALS ACCEPTED FOR REVIEW

**2003–1973. State v. Mayl.**
Montgomery App. No. 19549, 154 Ohio App.3d 717, 2003-Ohio-5097.

F.E. SWEENEY, PFEIFER and O'DONNELL, JJ., dissent.

**2003–1989. State v. Kovacic.**
Ashtabula App. No. 2002–A–0032, 2003-Ohio-5219.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–2035. Hess v. Norfolk S. Ry. Co.**
Cuyahoga App. No. 80717, 153 Ohio App.3d 565, 2003-Ohio-4172, 795 N.E.2d 91. Discretionary appeal accepted on Proposition of Law No. I.

O'DONNELL, J., concurs but would also accept Proposition of Law No. III.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.

**2003–2063. DePalma v. Lima.**
Allen App. No. 1–03–10, 155 Ohio App.3d 81, 2003-Ohio-5451, 799 N.E.2d 207.

F.E. SWEENEY, PFEIFER and O'CONNOR, JJ., dissent.

**2003–2116. Carnes v. Kemp.**
Auglaize App. No. 2–03–10, 2003-Ohio-5884. Discretionary appeal accepted and cause consolidated with 2003–2183, *Carnes v. Kemp,* Auglaize App. No. 2–03–10, 2003-Ohio-5884.

RESNICK, F.E. SWEENEY and PFEIFER, JJ., dissent.